1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    E. H.,                                        No.  2:24-cv-2551 CSK P

12                    Petitioner,

13           v.                                      ORDER

14    BILL DICKINSON,

15                    Respondent.

16

17           Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant

18    to 28 U.S.C. § 2254.  Petitioner paid the filing fee.  In his application, petitioner challenges a

19    conviction issued by the Kern County Juvenile Court.[1]  Kern County is part of the Fresno

20    Division of the United States District Court for the Eastern District of California.  See Local Rule

21    120(d).

22           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.  This Court

25    will not rule on petitioner's request to proceed in forma pauperis.

26           Good cause appearing, IT IS HEREBY ORDERED that:

27

28    [1]  See In re E.H., 2023 WL 3017659 (Cal. App. 2023).

                                                    1

1       1.  This action is transferred to the United States District Court for the Eastern District of

2   California sitting in Fresno; and

3       2.  All future filings shall reference the new Fresno case number assigned and shall be

4   filed at:

5                           United States District Court
                            Eastern District of California
6                           2500 Tulare Street
                            Fresno, CA 93721

7

8   Dated:  October 1, 2024

9                                                    _____
                                                     CHI SOO KIM
10                                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15  Heath2551.109

16  2

17

18

19

20

21

22

23

24

25

26

27

28

                                            2